**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LAST ENERGY, INC.,

    *Plaintiff,*

*v.*

U.S. DEPARTMENT OF ENERGY,

    *Defendant.*

No. 1:25-cv-431

## LOCAL RULE 26.1 CERTIFICATE

I, undersigned counsel of record for Last Energy, Inc., certify that there are no parent companies, subsidiaries, affiliates, or companies that own at least 10% of the stock of Last Energy, Inc., that have any outstanding securities in the hands of the public. These representations are made so that the judges of this court may determine the need for recusal.

Dated: February 13, 2025

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
(D.C. BAR NO. 1011329)
Boyden Gray PLLC
800 Connecticut Ave. NW #900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system, which I understand to have served counsel for the parties.

<u>/s/ R. Trent McCotter</u>
R. TRENT MCCOTTER