UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAST ENERGY, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF ENERGY,

Defendant.

Civil Action No. 25-0431 (TJK)

### JOINT STATUS REPORT

Pursuant to the Court's October 16, 2025, Minute Order, Plaintiff Last Energy, Inc., and Defendant Department of Energy ("DOE"), through counsel, respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1. Plaintiff seeks documents and communications "to, from, or including" certain Department of Energy officials, "regarding, referring, or relating to Last Energy Inc." Compl. (ECF No.1). Defendant timely answered on March 27, 2025. ECF No. 8.

2. As previously reported, DOE completed its initial searches and will process the potentially responsive records at the rate of 450 pages per month.

3. DOE sent its first interim production letter on April 25, 2025, explaining that it reviewed 20 documents responsive to the request and all 20 documents required consultation with outside entities. The letter further explained that those documents would be released at a later date when they came back from consultation. On May 28, 2025, DOE made its second interim production of four documents and 53 pages. On July 1, 2025, DOE sent out its third interim letter

explaining that it processed 450 pages which were deemed non-responsive or duplicates. On August 1, 2025, DOE processed and produced 41 pages.

4.   DOE agreed to run an additional search that resulted in approximately 2.89 GB of potentially responsive records.

5.   Plaintiff agreed to pay processing fees for the supplemental search as DOE classified Plaintiff as a commercial requester. Plaintiff disagrees that it is a commercial requester and reserves the right to challenge this classification should DOE request additional fees.

6.   DOE sent its first partial response to the second search on March 1, 2026. DOE processed 450 pages and released 337 pages. 113 pages were sent for further review.

7.   DOE sent its second partial response to the second search on April 2, 2026. DOE processed 450 pages and produced 13 pages. It also processed the 113 pages sent for further review, of which 111 were not responsive and 2 were produced.

8.   DOE anticipates its next production to occur on or around May 1, 2026.

9.   Pursuant to the Court's order, the parties will file an additional Joint Status Report on or before July 13, 2026, and every ninety days thereafter, to update the Court on the status of the FOIA request.

Dated: April 13, 2026                          Respectfully submitted,

*/s/ James R. Conde*                           JEANINE FERRIS PIRRO
JAMES R. CONDE                                 United States Attorney
Boyden Gray PLLC
800 Connecticut Ave. NW                        By: /s/ *Kaitlin K. Eckrote*
Suite 900                                      _____
Washington, DC 20006                              KAITLIN K. ECKROTE
(202) 955-0620                                    D.C. Bar #1670899
                                                  Assistant United States Attorney
                                                  601 D Street, NW
*Counsel for Plaintiff*                           Washington, DC 20530
                                                  (202) 252-2485

                                               *Attorneys for the United States of America*

2

3