UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAST ENERGY, INC.,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF ENERGY,<br>Defendant. | Civil Action No. 25-0431 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 14, 2026, Minute Order, Plaintiff Last Energy, Inc., and Defendant Department of Energy ("DOE"), through counsel, respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1. Plaintiff seeks documents and communications "to, from, or including" certain Department of Energy officials, "regarding, referring, or relating to Last Energy Inc." Compl. (ECF No.1). Defendant timely answered on March 27, 2025. ECF No. 8.

2. As previously reported, DOE completed its initial searches and will process the potentially responsive records at the rate of 450 pages per month.

3. DOE sent its first interim production letter on April 25, 2025, explaining that it reviewed 20 documents responsive to the request and all 20 documents required consultation with outside entities. The letter further explained that those documents would be released at a later date when they came back from consultation. On May 28, 2025, DOE made its second interim production of four documents and 53 pages. On July 1, 2025, DOE sent out its third interim letter

explaining that it processed 450 pages which were deemed non-responsive or duplicates. On August 1, 2025, DOE processed and produced 41 pages.

4. DOE agreed to run an additional search that resulted in approximately 2.89 GB of potentially responsive records.

5. Plaintiff agreed to pay processing fees for the supplemental search as DOE classified Plaintiff as a commercial requester. Plaintiff disagrees that it is a commercial requester and reserves the right to challenge this classification should DOE request additional fees.

6. DOE sent its first partial response to the second search on March 1, 2026. DOE processed 450 pages and released 337 pages. 113 pages were sent for further review.

7. DOE sent its second partial response to the second search on April 2, 2026. DOE processed 450 pages and produced 13 pages. It also processed the 113 pages sent for further review, of which 111 were not responsive and 2 were produced.

8. DOE sent its third partial response to the second search on May 1, 2026. DOE processed 450 pages and produced 43 pages.

9. DOE sent its fourth partial response to the second search on June 4, 2026. DOE processed 450 pages and produced 56 pages.

10. DOE sent its fifth partial response to the second search on July 13, 2026. DOE processed 450 pages and produced 56 pages.

11. DOE sent its sixth partial response to the second search on August 8, 2026. DOE processed 450 pages and produced 40 pages.

12. DOE sent its seventh partial response to the second search on September 16, 2026. DOE processed 450 pages and produced 89 pages.

13. DOE intends to send its eighth partial response to the second search on or about October 16, 2026.

14. Pursuant to the Court's order, the parties will file an additional Joint Status Report on or before January 4, 2026, and every ninety days thereafter, to update the Court on the status of the FOIA request.

Dated: October 6, 2026

Respectfully submitted,

/s/ *James R. Conde*
JAMES R. CONDE
Boyden Gray PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
(202) 955-0620

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485

*Attorneys for the United States of America*